The Honorable David W. Christel

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXIS CHRISTENSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>STUBHUB HOLDINGS INC.,<br><br>    Defendant. | Case No. 2:25-cv-01957-DWC<br><br>**DECLARATION OF VICTOR GONZALES IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY ACTION** |

I, Victor Gonzales, declare as follows:

    1.    I am over 18 years of age and competent to make the statements in this declaration. I am currently employed with StubHub, Inc. ("StubHub") as a senior litigation paralegal.

    2.    I make the statements below based on my personal knowledge of the matters asserted, or upon my review of business records of StubHub, which business records were made through routine automated processes, or from information transmitted by a person with knowledge of the event described therein, at or near the time of the event described, and which business records are kept in the ordinary course of StubHub's regularly conducted business activity.

DECLARATION OF VICTOR GONZALES - 1
2:25-CV-01957-DWC

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

3. StubHub operates an online marketplace that allows registered users to offer, sell, and buy event tickets. To use StubHub's resale platform, a user must agree to StubHub's Global User Agreement (the "User Agreement"). The User Agreement is the primary contract between StubHub and its users. A true and correct copy of the User Agreement is attached as **Exhibit A**.

4. StubHub does "not own the Tickets sold on the [stubhub.com website]." The actual contract for sale is made directly between registered users. StubHub is "a ticket marketplace." StubHub does not have "control over and do[es] not guarantee the existence, quality, safety or legality of the Tickets; the truth or accuracy of the user's content or listings; the ability of Sellers to sell tickets or Buyers to pay for them; or that a Buyer or Seller will complete a transaction." StubHub makes "no warranty with respect to its software, services, site, any tickets, any event, any user content, or that sellers or buyers will perform as promised." *See* Ex. A §§ 1, 3.1, 3.2, 20.1.

5. An individual who creates a StubHub account is notified of the User Agreement during the process of creating an account by a prominently placed message located directly below the "Create Account" button, reading: "By signing in or creating an account, you agree to our **user agreement** and acknowledge our **privacy policy**." The individual must agree to the User Agreement in order to proceed with creating an account; there is no way to bypass this requirement. A true and correct screenshot of the create account screen on StubHub's website is attached as **Exhibit B**.

6. The User Agreement sets out the terms pursuant to which StubHub offers its services. Individuals who do not click the button and confirm their agreement to the User Agreement cannot complete the account registration process, nor can they buy or sell any tickets.

7. The User Agreement provides that it may be updated and amended from time to time, and current users receive notification from StubHub of such amendments via email. Users agree to such updates and amendments unless they notify StubHub of their intention not to be bound by the amendments. *See* Ex. A § 22(F).

DECLARATION OF VICTOR GONZALES - 2
2:25-CV-01957-DWC

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

8. After registering an account, individuals have additional opportunities to reaffirm their assent to the User Agreement. When a user clicks "Sign-In" to log onto their StubHub account, the sign-in screen displays the same message: "By signing in or creating an account, you agree to our **user agreement** and acknowledge our **privacy policy**." A true and correct screenshot of the sign-in screen on StubHub's website is attached as **Exhibit C**.

9. Additionally, when a user checks out and purchases tickets to an event—just as Ms. Christensen did here—a message on the check-out screen displays the following notice immediately above the "Buy Now" button: "By clicking the button below you acknowledge and accept our **terms and conditions** and **privacy policy**." A true and correct screenshot of the message shown before a user buys tickets on StubHub's website is attached as **Exhibit D**.

10. As shown in the attached screenshots, all of the notices referenced above contain hyperlinks to the User Agreement, in offset colored typeface, in immediate proximity to the "Create Account," "Sign In," or "Buy Now" buttons. Each of these features was in place in August 2024, when Ms. Christensen purchased the tickets at issue in this lawsuit as noted below.

11. I have researched StubHub's business records for information pertinent to plaintiff Alexis Christensen's allegations in this lawsuit.

12. StubHub's business records reflect that Ms. Christensen accepted the User Agreement and proceeded to create an account with StubHub on May 23, 2018. At that time the User Agreement included arbitration, class action waiver, and opt-out provisions substantially similar to those set forth in the current User Agreement that is attached as Exhibit A to this declaration and described in more detail below.

13. StubHub's business records reflect that Ms. Christensen purchased tickets using StubHub's services on August 8, 2024. The tickets were for a Taylor Swift concert scheduled for December 6, 2024. Ms. Christensen could not have purchased these tickets without confirming her agreement to the User Agreement, as explained above. The User Agreement in effect at the

DECLARATION OF VICTOR GONZALES - 3
2:25-CV-01957-DWC

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

Docusign Envelope ID: 3B8231E8-D925-45B7-B0D6-DFB491665AC4

time of Ms. Christensen's purchase was the current User Agreement that is attached as Exhibit A to this declaration.

14. The User Agreement states, in bolded and all-capitalized text in the very first section that the User Agreement includes an agreement to arbitrate, and to do so on an individual, non-class basis:

> **FOR ALL USERS RESIDING IN THE UNITED STATES, PLEASE BE ADVISED: CLAUSE 22 OF THIS AGREEMENT CONTAINS AN AGREEMENT TO ARBITRATE, WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE YOU TO SUBMIT CLAIMS YOU HAVE AGAINST US TO BINDING AND FINAL ARBITRATION, UNLESS YOU OPT-OUT. UNLESS YOU OPT OUT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING, AND (2) YOU WILL ONLY BE PERMITTED TO SEEK RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ON AN INDIVIDUAL BASIS.**

Ex. A § 1.

15. Section 22 of the User Agreement in turn contains the following agreement to arbitrate:

> **Legal Disputes**
> If you reside in the United States or Canada, You and us each agree, except where prohibited by law, that any and all disputes or claims that have arisen or may arise between you and us relating in any way to or arising out of this or previous versions of the User Agreement (including this Agreement to Arbitrate, as the term is defined below) or the breach or validity thereof, your use of or access to the Site or Services, or any tickets or related passes sold or purchased through the Site or Services shall be resolved exclusively through final and binding arbitration administered by the American Arbitration Association ("AAA") in accordance with its Consumer Arbitration Rules ("Rules"), rather than in court, except that you may assert claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis (together with subsections 22(A)-(F), the "Agreement to Arbitrate"). This Agreement to Arbitrate is intended to be broadly interpreted. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

Ex. A § 22.1

DECLARATION OF VICTOR GONZALES - 4
2:25-CV-01957-DWC

Docusign Envelope ID: 3B8231E8-D925-45B7-B0D6-DFB491665AC4

16. Section 22 of the User Agreement further prohibits class and representative actions, as follows:

> **1. Prohibition of Class and Representative Actions**
> EXCEPT WHERE PROHIBITED BY LAW, YOU AND US AGREE THAT EACH OF US MAY BRING CLAIMS PURSUANT TO THIS AGREEMENT TO ARBITRATE AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, OR REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION OR PROCEEDING. UNLESS BOTH YOU AND US AGREE OTHERWISE, THE ARBITRATOR SHALL NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS AND SHALL NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, CLASS, OR PRIVATE ATTORNEY GENERAL ACTION OR PROCEEDING.
>
> **2. Non-Individualized Relief**
> YOU AND US AGREE THAT THE ARBITRATOR MAY AWARD RELIEF ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). If a court decides that applicable law precludes enforcement of any of this paragraph's limitations as to a particular request for relief within a claim, or if not separable the claim itself, then subject to you and our right to appeal the court's decision, that request for relief within that claim, or if not separable the claim itself, (and only that request for relief within that claim or, if inseparable, that claim) must be severed from the arbitration and may be brought in court. All other claims will be arbitrated.

Ex. A § 22.1.A.

17. Section 22 of the User Agreement further provides users the option to opt out of the agreement to arbitrate:

> **Opt-Out Procedure**
> **You can choose to reject this Agreement to Arbitrate ('opt out') by mailing us a written opt-out notice ('Opt-Out Notice'). The Opt-Out Notice must be postmarked no later than 30 days after the date you accept the User Agreement for the first time. You may also opt out no later than 30 days upon receipt of notice that the arbitration provision is being updated or changed. You must mail the Opt-Out Notice to StubHub, Inc., Attn: Litigation Department, Re: Opt-Out Notice, 1209 Orange Street, Corporation Trust Center, Wilmington, DE 19801.**

DECLARATION OF VICTOR GONZALES - 5
2:25-CV-01957-DWC

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

> For your convenience, we are providing an Opt-Out Notice form you must complete and mail to opt out of the Agreement to Arbitrate. You must complete the Opt-Out Notice form by providing the information called for in the form, including your name, address (including street number and address, city, state, and zip code), phone number and the email address(es) used to log in to the account(s) to which the opt-out applies. You must sign the Opt-Out Notice for it to be effective. This procedure is the only way you can opt out of the Agreement to Arbitrate. If you opt out of the Agreement to Arbitrate, all other parts of the User Agreement will continue to apply. Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us.

Ex. A § 22.1.E.

18. StubHub's business records reflect that Ms. Christensen did not opt out of the arbitration clause in the User Agreement. She is accordingly subject to the arbitration agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2025 at San Francisco, California..

By: 
Victor Gonzales

DECLARATION OF VICTOR GONZALES - 6
2:25-CV-01957-DWC

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing DECLARATION OF VICTOR GONZALEZ to be served on the following person[s]:

Bonner C. Walsh
1561 Long Haul Rd.
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
Email: bonner@walshpllc.com

*Attorney for Plaintiff*

by causing the document to be delivered by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED October 22, 2025.

*s/Garrett S. Garfield*