Exhibit C



# Sign in to StubHub

Email

Password

☑ Stay logged in                                      Forgot Password

Sign in

Sign in with Email Code

By signing in or creating an account, you agree to our user agreement and acknowledge our privacy policy. You may receive SMS notifications from us and can opt out at any time.

Guest purchase? Find your order

Log In with Facebook

 Sign in with Apple

G Sign in with Google

New to StubHub? Create account

ぁA  English (US)

US$ United States Dollar