Exhibit D

By clicking the button below you acknowledge and accept our **terms and conditions** and **privacy policy**.

Buy Now