The Honorable David W. Christel

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXIS CHRISTENSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>STUBHUB HOLDINGS INC.,<br><br>        Defendant. | Case No. 2:25-cv-01957-DWC<br><br>**DECLARATION OF DUVOL THOMPSON IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY ACTION** |

I, Duvol Thompson, declare as follows:

    1.    I am over 18 years of age and competent to make the statements in this declaration. I am a partner in the law firm Holland & Knight LLP, which represents StubHub Holdings, Inc. ("StubHub") in this matter.

    2.    I make the statements below based on my personal knowledge of the matters asserted.

    3.    On September 16, 2025, I caused an arbitration proceeding to be commenced on behalf of StubHub and against plaintiff Alexis Christensen before the American Arbitration Association ("AAA") by submitting a demand for arbitration pursuant to the AAA's consumer arbitration rules. The demand for arbitration followed several months of discussions between me

DECLARATION OF DUVOL THOMPSON - 1

1  and counsel for Ms. Christensen regarding the matters now at issue in this lawsuit and in the
2  arbitration.
3       4.      On September 17, 2025, I provided notice to Ms. Christensen's counsel of the
4  demand for arbitration. On September 18, 2025, counsel confirmed authority to accept service on
5  behalf of Ms. Christensen and reserved all rights.
6       5.      The AAA arbitration proceeding has been assigned Case No. 01-25-000-46758,
7  and is currently ongoing.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed this __21__ day of October, 2025 at __12:43 p.m. EST_____ .

By: _____
Duvol Thompson

DECLARATION OF DUVOL THOMPSON - 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing DECLARATION OF DUVOL THOMPSON to be served on the following person[s]:

Bonner C. Walsh
1561 Long Haul Rd.
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
Email: bonner@walshpllc.com

*Attorney for Plaintiff*

by causing the document to be delivered by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED October 22, 2025.

*s/Garrett S. Garfield*

CERTIFICATE OF SERVICE – 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300