**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ALEXIS CHRISTENSEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STUBHUB HOLDINGS INC.,<br>　　　　　　　Defendant. | Case No. 2:25-cv-1957<br><br>**ORDER TO SET BRIEFING SCHEDULE FOR MOTION TO COMPEL ARBITRATION (DKT. 5)** |

## **ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby adopts the following briefing schedule for the pending Motion to Compel Arbitration (Dkt. 5):

　　　　Plaintiff's Opposition Due:　　　　November 21, 2025

　　　　Defendant's Reply Due:　　　　　December 5, 2025

　　　　Noted for Consideration:　　　　　December 5, 2025

---

ORDER ON STIPULATED MOTION TO SET BRIEFING
Case No. 2:25-cv-1957

Walsh PLLC
1561 Long Haul Road
Grangeville, ID 83530
(541) 359-2827

IT IS SO ORDERED this 10th day of November, 2025.

*[signature]*

Jamal N Whitehead
United States District Judge

ORDER ON STIPULATED MOTION TO SET BRIEFING
Case No. 2:25-cv-1957

Walsh PLLC
1561 Long Haul Road
Grangeville, ID 83530
(541) 359-2827